LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
P.O. BOX 14647
SCOTTSDALE, AZ 85267

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| IN RE: | Chapter 7 |
|---|---|
| ROSAS, SAMUEL<br>ALVAREZ, ALICIA | Case No. 09-14153 JMM |
| | NOTICE OF TRUSTEE'S INTENT<br>TO ABANDON PROPERTY |
| Debtor(s) | |

NOTICE IS GIVEN THAT LAWRENCE J. WARFIELD, Trustee, proposes to abandon the following-described property to Debtor(s) on the grounds that it is burdensome and of inconsequential value to the estate:

**Real property located at 2003 W. 20th Lane, Yuma, AZ 85364**

**Real property located at 252 S. Murray Blvd., Colorado Springs, CO 93916**

Any person opposing the abandonment shall file a written objection and request for a hearing within 20 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, 230 N. First Avenue, Suite 101, Phoenix, AZ 85003-1706. A copy of the objection shall be mailed forthwith to the Trustee at the following address:

TRUSTEE: LAWRENCE J. WARFIELD, P.O. BOX 14647, SCOTTSDALE, AZ 85267

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

August 5, 2009
Date

LAWRENCE J. WARFIELD, Trustee

Lawrence J. Warfield
Chapter 7 Panel Trustee
P.O. Box 14647
Scottsdale, AZ 85267